IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08CR 671 |
| | ) | |
| v. | ) | Violation: Title 18, United States Code, |
| | ) | Section 922(g)(1) |
| JOAQUIN URCINO | ) | |

**JUDGE CASTILLO**

**MAGISTRATE JUDGE SCHENKIER**

### COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about June 20, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

JOAQUIN URCINO,

defendant herein, having been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed in and affecting interstate commerce a firearm, namely, a Phoenix Arms, .22 caliber revolver, bearing serial number 4129736, loaded with seven rounds of .22 caliber ammunition, in that the firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

**FILED**

AUG 2 1 2008  TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## FORFEITURE ALLEGATION

The SPECIAL JUNE 2007 GRAND JURY further charges:

1. The allegations contained in Count One this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count One of the foregoing Indictment,

JOAQUIN URCINO,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offenses.

3. The interests of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) are one Phoenix Arms, .22 caliber revolver, bearing serial number 4129736 and seven rounds of .22 caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

2