**08CR 671**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**JUDGE CASTILLO**

DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**MAGISTRATE JUDGE SCHENKIER**

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?

   NO ☒  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?

   NO ☒  YES ☐  If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?  NO ☒  YES ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?

   NO ☒  YES ☐  If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?  NO ☒  YES ☐

6) What level of offense is this indictment or information?  FELONY ☒  MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**  NO ☒  YES ☐

8) Does this indictment or information include a conspiracy count?  NO ☒  YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

   ☐ Homicide .............. (II)
   ☐ Criminal Antitrust (II)
   ☐ Bank robbery ............ (II)
   ☐ Post Office Robbery ....... (II)
   ☐ Other Robbery .......... (II)
   ☐ Assault ................. (III)
   ☐ Burglary ................ (IV)
   ☐ Larceny and Theft ....... (IV)
   ☐ Postal Embezzlement ...... (IV)
   ☐ Other Embezzlement ..... (III)
   ☐ Income Tax Fraud ........... (II)
   ☐ Postal Fraud ............. (II)
   ☐ Other Fraud .............. (III)
   ☐ Auto Theft ............. (IV)
   ☐ Transporting Forged Securities .. (III)
   ☐ Forgery ............. (III)
   ☐ Counterfeiting ........... (III)
   ☐ Sex Offenses ............. (II)
   ☐ DAPCA Marijuana ........... (III)
   ☐ DAPCA Narcotics ........... (III)
   ☐ DAPCA Controlled Substances ..... (III)
   ☐ Miscellaneous General Offenses .... (IV)
   ☐ Immigration Laws .............. (IV)
   ☐ Liquor, Internal Revenue Laws ..... (IV)
   ☐ Food & Drug Laws ............... (IV)
   ☐ Motor Carrier Act ............... (IV)
   ☐ Selective Service Act ............ (IV)
   ☐ Obscene Mail ............. (III)
   ☒ Other Federal Statutes ........... (III)
   ☐ Transfer of Probation Jurisdiction ... (V)

10) List the statute of each of the offenses charged in the indictment or information.

    18, USC, § 922(g)(1)

**FILED**
AUG 21 2008 TC

MARNY ZIMMER
Assistant United States Attorney

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Revised 12/99)