UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   08 CR 671 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Ruben Castillo |
| | ) | |
| JOAQUIN URCINO | ) | |
| | ) | |
| Defendant. | ) | |

FILED
AUG. 26, 2008 RO.
AUG 2 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

Now comes the UNITED STATES by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

Name:              Joaquin Urcino
Date of Birth:
Sex:
Race:
State Inmate No.:  B33070

has been and now is, in due form and process of law, detained at the following institution:

Western Illinois Correctional Center

Your petitioner further represents to Your Honor that the said prisoner has been charged in the Eastern Division of the Northern District of Illinois with violations of Title 18, United States Code, Section 922(g)(1), and is now wanted in such division and district on September 24, 2008 at 9:30 a.m. to appear for an arraignment before the Honorable Ruben Castillo in Courtroom 2141.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum directed to the following persons:

UNITED STATES MARSHAL
Northern District of Illinois
Chicago, Illinois

WARDEN
Western Illinois Correctional Center
Mount Sterling, Illinois

commanding them to produce the body of the said prisoner before this Court at said time and on said date, and that when said prisoner shall be so produced pursuant to said Writ, and that when these proceedings have been concluded, that defendant be returned forthwith to said institution from which he was brought unless otherwise directed by the Court.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: *Marny M. Zimmer*
Marny M. Zimmer
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5349