Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 671 | DATE | 8/26/2008 |
| CASE TITLE | | USA vs. Joaquin Urcino | |

**DOCKET ENTRY TEXT**

United States of America's petition for writ of habeas corpus ad prosequendum is granted.  Enter Order. Order Writ of Habeas Corpus Ad Prosequendum to issue returnable as to defendant Joaquin Urcino on 9/24/2008 at 9:30 a.m. for an arraignment before Judge Ruben Castillo in Courtroom 2141.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

FILED
2008 AUG 26  PM 4:02
CLERK
U.S. DISTRICT COURT

Writs issued
8/27/08

| | Courtroom Deputy Initials: | RO |
|---|---|---|