UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   08 CR 671 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Judge Ruben Castillo |
| | ) | |
| JOAQUIN URCINO | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

Name:              Joaquin Urcino
Date of Birth:
Sex:
Race:
State Inmate No.:  B33070

has been and now is, in due process of law, incarcerated in the following institution:

Western Illinois Correctional Center

and that said defendant is charged in the above-captioned case with violations of Title 18, United States Code, Section 922(g)(1), and that said defendant should appear in this case in the United States District Court at Chicago, Illinois on September 24, 2008 at 9:30 a.m. for an arraignment before Judge Ruben Castillo, Courtroom 2141.

IT IS THEREFORE ORDERED that the following persons:

| | |
|---|---|
| UNITED STATES MARSHAL | WARDEN |
| Northern District of Illinois | Western Illinois Correctional Center |
| Chicago, Illinois | Mount Sterling, Illinois |

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
RUBEN CASTILLO
JUDGE
UNITED STATES DISTRICT COURT

DATED at Chicago, Illinois
this 26 day of August 2008.